THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE LAWRENCE, Appellant, v. WILFRED L. DENNO, as Warden of Sing Sing Prison, Respondent.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE TETRAD COMPANY, INC., Respondent, v. WALTER ROSCH et al., Appellants.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

(October 30, 1961)

In the Matter of IRVING CHOBAN.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINIC CALANDRA, Appellant.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

EVA REDFORD, Respondent, v. MINNIE MAYBANK et al., Appellants.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

ANN SANGIOVANNI et al., Respondents, v. EDWARD F. MULLALLY, JR., Appellant, et al., Defendant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

GLADYS M. BROWN, Respondent, v. HELEN PRZEBOWSKI, Appellant.—

In view of the plaintiff's failure to set forth any facts showing merit in her action or excusing her delay in the prosecution thereof, it was an improvident exercise of discretion not to grant the motion unconditionally (cf. *Moebus* v. *Tishman Co.*, 5 A D 2d 786; *Topp* v. *Casco Prods. Corp.*, 8 A D 2d 727). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.